IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rivera, Elvin | Case Number: 06 B 07394 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 6/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch: July 11, 2008
Confirmed:   October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,057.26 | |
| Secured: | | 6,380.58 |
| Unsecured: | | 2,837.10 |
| Priority: | | 0.00 |
| Administrative: | | 1,068.50 |
| Trustee Fee: | | 558.57 |
| Other Funds: | | 2,212.51 |
| Totals: | 13,057.26 | 13,057.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,068.50 | 1,068.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Full Spectrum Lending | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 4,009.51 | 4,009.51 |
| 5. | Countrywide Home Loans Inc. | Secured | 18,038.80 | 0.00 |
| 6. | Full Spectrum Lending | Secured | 4,236.92 | 2,371.07 |
| 7. | Commonwealth Edison | Unsecured | 66.11 | 661.11 |
| 8. | H & F Law Offices | Unsecured | 15.80 | 158.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 51.40 | 514.00 |
| 10. | Nicor Gas | Unsecured | 150.40 | 1,503.99 |
| 11. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 12. | GC Services | Unsecured | | No Claim Filed |
| 13. | HFC | Unsecured | | No Claim Filed |
| 14. | Community Hospital | Unsecured | | No Claim Filed |
| 15. | HSBC | Unsecured | | No Claim Filed |
| 16. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 17. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Patients 1st ER Med Consult PC | Unsecured | | No Claim Filed |
| 20. | St James Hospital | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | James M Hoffman & Associates | Unsecured | | No Claim Filed |
| 23. | Union Plus | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Rivera, Elvin | Case Number:  06 B 07394 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  6/23/06 |

```
                                        _____      _____
                                        $ 27,637.44     $ 10,286.18
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 7.90 |
| 4.8% | 211.23 |
| 5.4% | 339.44 |
| | _____ |
| | $ 558.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____